1118

No. 84–6128. PALACIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6221. CLEVELAND v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 84–6222. BoCOOK v. TATE. C. A. 6th Cir. Certiorari denied.

No. 84–6272. GLASSHOFER v. CUYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6283. BRITT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–6437. SAVAGE v. CITY OF COLUMBUS. Sup. Ct. Ohio. Certiorari denied.

No. 84–6464. SMALL v. RICE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6480. COOPER ET AL. v. SOCIETY NATIONAL BANK. Sup. Ct. Ohio. Certiorari denied.

No. 84–6482. ROYBAL v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 84–6484. OWENS v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6489. ANDERSON v. VOSE, SUPERINTENDENT, MASSA-CHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK, ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–6491. WILSON v. SEITER ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6492. PAPANDREA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 84–6497. WESER v. MASCHNER ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–6524. HERRINGTON v. HEFLIN-HORTON INSURANCE AGENCY ET AL. Cir. Ct. W. Va., Monongalia County. Certiorari denied.